United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 21-60966-rk |
| Amy Shriner | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-6 | User: vwaym | Page 1 of 1 |
| Date Rcvd: Jul 15, 2021 | Form ID: 259 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Amy Shriner, 10461 Mapleview St NW, Canal Fulton, OH 44614-8705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J. DeGirolamo, Trustee - Canton | tony@ajdlaw7-11.com  amber@ajdlaw7-11.com;ad@trustesolutions.com;AD07@trustesolutions.net |
| Rebecca J. Sremack | on behalf of Debtor Amy Shriner rebecca@sremacklaw.com |

TOTAL: 2

Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 21−60966−rk**

**In re:**
  Amy Shriner
  10461 Mapleview St NW
  Canal Fulton, OH 44614

**Social Security No.:**
  xxx−xx−3258

**MISSING DOCUMENTS NOTICE**

**To the Parties in Interest:**

The above referenced case was filed in this court on July 14, 2021. The petition is missing the following required documents:

Employee Income Records; Schedules A/B−J; Summary of Assets and Liabilities and Certain Statistical Information; Statement of Financial Affairs; Disclosure of Compensation of Attorney for Debtors; and Chapter 7 Means Test.

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date July 28, 2021.

**Dated:** July 15, 2021                                   For the Court
Form ohnb259                                               Josiah C. Sell, Clerk