IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CANTON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 7 |
| **AMY E. SHRINER,** | CASE NO. 21-60966 |
| *Debtor.* | JUDGE: RUSS KENDIG |
| | AMENDED CERTIFICATE OF SERVICE TO NEWLY ADDED CREDITORS |

Debtor Amy E. Shriner, through counsel, respectfully gives notice that on the 28th day of July, 2021, she caused to be served by regular U.S. mail, postage prepaid, the Amended Voluntary Petition and Notice of 341(a) Meeting of Creditors & Deadlines, on the following newly added creditors:

Bryant State Bank
1500 S Highline Ave
Sioux Falls, SD 57110

Citicards CBNA
5800 South Corporate Pl
Sioux Falls SD 57108

Continental Fin Co
4550 New Linden Hill Rd
Wilmington DE 19808

FSB Blaze Credit Card
1500 S Highline Ave
Sioux Falls SD 57100

Kohls Dept Store
PO Box 3115
Milwaukee WI 53201

SyncB/Care Credit
PO Box 965036
Orlando FL 32896-5036

CKS Prime Investments LLC
1800 Route 34 N
Bldg 3 Ste 305
Belmar NJ 07719

FedLoan Servicing
PO Box 60610
Harrisburg PA 17106

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 S. Arlington Road
Akron, OH 44312
Phone: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Counsel for Debtor*

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, a copy of the foregoing *Amended Certificate of Service to Newly Added Creditors* was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

United States Trustee

Trustee Anthony J. DeGirolamo at: <tony@ajdlaw7-11.com>; <amber@ajdlaw7-11.com>; <ad@trustesolutions.com>; and <AD07@trustesolutions.net>

And by regular U.S. mail, postage prepaid, on:

| | |
|---|---|
| Bryant State Bank<br>1500 S Highline Ave<br>Sioux Falls, SD 57110 | Kohls Dept Store<br>PO Box 3115<br>Milwaukee WI 53201 |
| Citicards CBNA<br>5800 South Corporate Pl<br>Sioux Falls SD 57108 | SyncB/Care Credit<br>PO Box 965036<br>Orlando FL 32896-5036 |
| Continental Fin Co<br>4550 New Linden Hill Rd<br>Wilmington DE 19808 | CKS Prime Investments LLC<br>1800 Route 34 N<br>Bldg 3 Ste 305<br>Belmar NJ 07719 |
| FSB Blaze Credit Card<br>1500 S Highline Ave<br>Sioux Falls SD 57100 | FedLoan Servicing<br>PO Box 60610<br>Harrisburg PA 17106 |

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
*Counsel for Debtor*