The court incorporates by reference in this paragraph and adopts as the findings and orders
of this court the document set forth below. This document was signed electronically at the time
and date indicated, which may be materially different from its entry on the record.



Entered pursuant to Administrative Order No. 16-02,
Josiah C. Sell, Clerk of Court

By: /s/ Anita Pribula
    Deputy Clerk

Dated: 10:17 AM August 6, 2021

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| AMY SHRINER | ) | CASE NO. 21-60966 |
| | ) | |
| | ) | JUDGE RUSS KENDIG |
| | ) | |
| Debtor(s). | ) | |
| | ) | **NOTICE OF DEFICIENCY AND** |
| | ) | **ORDER TO SHOW CAUSE WHY** |
| | ) | **CASE SHOULD NOT BE DISMISSED** |

Upon review of the case file, the court notes that Debtor(s) have not fulfilled their obligations under Title 11 of the United States Code. Debtor(s) are hereby notified that one or more of the following deficiencies is present:

☐     Debtor(s) failed to appear at 341 meeting(s) of creditors

☒     **Debtor(s) failed to file Declaration Re: Electronic Filing of Documents and Statement of Social Security Number that satisfies the requirement for original signatures in compliance with Amended General Order 20-02**

☐      Debtor(s) failed to comply with a request from this court dated _____

☐      Debtor(s) failed to comply with a notice of filing deficiency dated _____

☐      Debtor(s) failed to comply with a missing documents notice dated _____

It is therefore **ORDERED** that Debtor(s) show cause why this case should not be dismissed by satisfying the above noted deficiency by **August 20, 2021**. If Debtor(s) fail to satisfy the deficiency notice the court will find sufficient cause to dismiss the case.

It is so ordered.

#    #    #

**Service List:**

Debtor
Debtor's Attorney
Trustee