UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON DIVISION

In Re:                                           Case No. 21-60966

Amy Shriner
  *aka* Amy Elizabeth Shriner            Chapter 7
  *aka* Amy E Peters

Debtor(s).                              Judge Russ Kendig

**<u>NOTICE OF MOTION FOR RELIEF
FROM STAY (OFFICIAL FORM 20A)</u>**

Honda Lease Trust ('Movant') has filed papers for Relief from the Automatic Stay with the Court.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult with one.

If you do not want the Court to grant the Relief from the Automatic Stay, or if you want the Court to consider your views on this motion, then on or before September 15, 2021 you or your attorney must:

File with the Court a written request for hearing, or if the Court requires a written response, an answer, explaining your position at:

    United States Bankruptcy Court
    Ralph Regula Federal Building and United States Courthouse
    401 McKinley Ave SW
    Canton, Ohio 44702-1745

    If you mail your request or response to the court for filing, you must mail it early enough so the court will RECEIVE it on or before the deadline stated above. You must also mail a copy to:
    Molly Slutsky Simons
    Counsel for Movant
    Sottile and Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140

Attend the hearing scheduled to be held on September 22, 2021 at 9:30 a.m. at the Ralph Regula Federal Building and United States Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702-1745. The hearing may be adjourned by the Court from time to time without further notice.

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

### **CERTIFICATE OF SERVICE**

I certify that on August 12, 2021, a true and correct copy of this Notice of Motion was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Rebecca J. Sremack, Debtor's Counsel
rebecca@sremacklaw.com

Anthony J. DeGirolamo, Trustee
tony@ajdlaw7-11.com

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Amy Shriner, Debtor
10461 Mapleview St NW
Canal Fulton, OH 44614

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Movant